UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEONARD O'NEIL TURNER,

        Plaintiff,        Case No. 1:11-cv-1128

v.        Honorable Paul L. Maloney

UNKNOWN PARTIES #1 et al.,

        Defendants.
_____/

## JUDGMENT

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's claims arising under 42 U.S.C. § 1983 are DISMISSED WITH PREJUDICE for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

IT IS FURTHER ORDERED that Plaintiff's state-law claims are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1367(c)(3).


Dated:   February 9, 2012        /s/ Paul L. Maloney
                                                        Paul L. Maloney
                                                        Chief United States District Judge